Philip G. Jones (1748)
CHAPTER 7 TRUSTEE
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-5750
Fax: (801) 224-6345



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| In re: | Case No: 12-20627 |
| --- | --- |
| MONJE, HERNANDO | Chapter 7 |
| Debtors. | Judge R. KIMBALL MOSIER |

### DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

_x_ A   The following check(s) was/were issued to the Debtor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

___ B   The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | DEBTOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
| --- | --- | --- |
| N/A | MONJE, HERNANDO<br>364 EAST 400 NORTH<br>SANTAQUIN UT 84655 | 4127.70 |

A check in the amount of $4127.70 representing said funds made payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 30th day of April, 2015.

PHILIP G. JONES
Chapter 7 Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 30th day of April, 2015:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

BENJAMIN RUESCH
LAW OFFICES OF SANDERS & RUESCH
55 SOUTH 300 WEST
SUITE 1
HURRICANE, UT  84737

MONJE, HERNANDO
364 EAST 400 NORTH
SANTAQUIN UT 84655

_____